# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, ) <br> *on behalf of himself and* ) <br> *others similarly situated*, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SR HOLDINGS MANAGEMENT LLC ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:25-cv-01674 <br><br> Jury Trial Demanded |

## PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME

The plaintiff moves to substitute the party name "Transform SR Brands LLC" for the currently named "SR Holdings Management LLC" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating their correct name.

Dated: May 16, 2025　　　　PLAINTIFF, on behalf of himself
　　　　　　　　　　　　　and others similarly situated,

　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　(508) 221-1510
　　　　　　　　　　　　　anthony@paronichlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*