# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andrew James McGonigle
                            Plaintiff,

v.                                           Case No.: 1:25−cv−01674
                                                       Honorable Sunil R. Harjani

SR Holdings Management LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the filing of the first amended complaint, Defendant's motion to dismiss [9] is stricken as moot and without prejudice to refiling if necessary. Any answer or response to the first amended complaint is due by 6/10/25. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.