# EXHIBIT F

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U. S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
p. cm.
ISBN 0-87779-201-1

1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998

Preface . . . . . . .
Editorial Staff . . .
Outside Consultai
Explanatory Chai
Explanatory Note
Divisions in Bold
Spelling . . . . . . .
Plurals . . . . . . .
Capitalization . .
Italicization . . . .
cgs electromagn
*Afro-Asiatic* lan
*alphabet* table . .
*anthracite* coal
*architecture* . . . .
common *area* f
*Beaufort scale*.
ship's *bells* . . .
*book* sizes . . . .
*Braille* alphabe
*constellations* .
chief *crusades*.
principal ocea
executive U.S.
*dye* tables I an
*Easter* dates . .
chemical *elem*
four syllogistic
principal railr
common shot
*geologic* time
*gestation* peri
*glacial* epochs
*incubation* pe
*Indo-Europea*
*measures* and
Color:
Two plat
Constellatior
Constellatior

to meet all claims on the insurance then in force as they would mature according to the particular mortality table accepted : the theoretical difference between the present value of the total insurance and the present value of the future premiums on the insurance constituting the amount for which another insurance company could afford to take over the insurance and often regarded as a reinsurance fund — called also *reinsurance reserve;* see CATASTROPHE RESERVE, INITIAL RESERVE, INSURANCE RESERVE, INVESTMENT RESERVE, LEGAL RESERVE, LOSS RESERVE, MEAN RESERVE, TERMINAL RESERVE, UNEARNED PREMIUM RESERVE **c :** RESERVE ACCOUNT **d** (1) **:** the portion of the earnings of a corporation set aside for a specific purpose such as to meet future losses or contingent liabilities — compare SURPLUS (2) **:** a deduction from the book value of an asset to bring its valuation into line with current market conditions or possible future losses ‹a ~ against losses on bank loans› ‹a ~ for depreciation of securities of an investment company› — called also *valuation reserve* **e :** the liquid resources (as gold and foreign exchanges) of a nation for meeting international payments **7 a :** RESIST 2a **b :** the capacity of a solution to neutralize alkali or acid when its reaction is shifted from one hydrogen-ion concentration to another; *esp* **:** the capacity of blood or bacteriological media to react with acid or alkali within predetermined and usu. physiological limits of hydrogen-ion concentration — compare BUFFER 4a, BUFFER SOLUTION **c :** a preparation used on an object in electroplating to fix the limits of the deposit **8 :** SUBSTITUTE — **in reserve** *adv* **:** held back for other or future use **:** still available ‹had other arguments *in reserve*› ‹kept *in reserve*› — **without reserve** *adv* **1 :** freely and openly **:** so as to give complete information ‹answered *without reserve*› **2 :** without qualification, condition, or restriction; *usu* **:** without a fixed minimum price or other restriction to sale

3**reserve** \"\ *adj* **:** constituting or having the form or function of a reserve ‹a ~ supply› ‹~ strength›

**re–serve** \(ˈ)rē+\ *vt* [*re-* + *serve*] **:** to serve again or anew ‹*re-served* the warrant›

**reserve account** *n* [3*reserve*] **1 :** a valuation account that shows the estimated or actual decline in value of an asset and is always subtracted on a balance sheet from the related asset account to show net value ‹a *reserve account* for depreciation› ‹*reserve accounts* for bad debts› ‹*reserve account* to reduce investments to market value› — called also *allowance account, provision account, valuation account* **2 :** an account that shows an accrued usu. estimated liability ‹*reserve account* for income taxes› **3 :** an account that shows profits or surplus segregated or appropriated for a particular purpose ‹*reserve account* for contingencies› ‹*reserve account* for replacement of fixed assets›

**reserve air** *n* **:** SUPPLEMENTAL AIR

**reserve bank** *n* [2*reserve*] **1 :** any of 12 Federal Reserve banks in the U.S. **2 :** a central bank holding reserves of other banks ‹the South African *Reserve Bank*›

**reserve buoyancy** *n* [3*reserve*] **:** the volume of a ship above the water plane that can be made watertight and thus increase the ship's buoyancy — called also *reserve of buoyancy*

**reserve capacity** *n* **:** installed equipment (as in an electric power plant) that is in excess of that required to carry peak load

**reserve card** *n* [1*reserve*] **:** a postal card notifying a library patron that a book he was previously unable to consult or borrow is now available

**reserve city** *n* [2*reserve*] **:** a city of the U.S. designated by the Board of Governors of the Federal Reserve system in which member banks of the system are required to maintain higher legal reserves than in other areas — compare CENTRAL RESERVE CITY, COUNTRY BANK

**re·served** \-vd\ *adj* [fr. past part. of 1*reserve*] **1 :** marked by a disposition to be restrained in words and actions: as **a :** checking free expression of knowledge or ideas through caution **:** not open, communicative, or candid ‹habitually was ~ in speech, withholding her opinion —Victoria Sackville-West› **b :** checking easy free conversation or activity through formality, stiffness, or other inhibition **:** not spontaneous, natural, or hearty ‹a certain vulgar gusto in his movement that divided him from the ~, watchful rest of the family —D.H.Lawrence› **2 :** kept or set apart or aside for future or special use or for an exigency **3 :** left of the same color as the background or as the original color of the surface of the material **syn** see SILENT

**reserved book** *n* **:** a book (as in a college library) used for students' required or collateral reading in courses and segregated from the general collections

**reserved list** *n* **:** a list of officers in the British navy retired from active service on half pay but available to be called upon to serve in time of war or emergency

**re·serv·ed·ly** \-vədlē, -li\ *adv* **:** in a reserved manner **:** with reserve

**re·serv·ed·ness** \-dnəs\ *n* -ES **:** the quality or state of being reserved

**reserved power** *n* **:** a political power reserved by a constitution or similar constituent instrument to the exclusive jurisdiction of a specified political authority (as a state or executive) usu. held to constitute the original source of powers undergoing allocation and distinguished from those delegated to other authority ‹some *reserved powers* in the U.S. federal system belong to the states› ‹the *reserved powers* at the disposal of a British colonial governor› — compare IMPLIED POWER, RESIDUAL POWER

**re·serve·less** \-vləs\ *adj* **:** lacking reserve or a reserve

**reserve of buoyancy** [2*reserve*] **:** RESERVE BUOYANCY

**reserve officer** *n* [2*reserve*] **:** an officer in a military reserve

**reserve price** *n* [3*reserve*] **:** a price announced at an auction as the least that will be entertained — compare BY-BIDDER

**reserver** *n* -S *obs* **:** one that reserves; *esp* **:** RESERVOIR

**reserve ratio** *n* [2*reserve*] **:** the ratio of the cash reserves of a bank to liabilities; *esp* **:** the ratio of gold certificates to combined deposit liabilities and outstanding Federal Reserve notes of the Federal Reserve banks

**reserve ration** *n* [3*reserve*] **:** a ration consisting of concentrated foods packed in a sealed container for use only in emergency

**reserves** *pres 3d sing of* RESERVE, *pl of* RESERVE

**reserving** *pres part of* RESERVE

**re·serv·ist** \-vəst\ *n* -S [2*reserve* + *-ist*] **:** a member of the reserves of the armed forces

1**res·er·voir** *R* ˈrezəv,wär (-zəv- *by r-dissimilation*), -zə,vȯ(ə)r *also* -zərv,w- *or* -zər,v- *or* -v,wȯ(ə)r *or* ÷ -,vȯi *sometimes* -,vär *or by r-dissimilation* -v,wä *or* -,vȯ *or* -,vä; *-R* -zəv,wä(r, -,vȯ(ə) *also* -v,wȯ(ə) *or* ÷ -,vȯi *sometimes* -,vä(r\ *n* -S [F *réservoir,* fr. MF, fr. *reserver* to reserve + *-oir* -ory] **1 :** a place where something is kept in store: as **a :** a place where water is collected and kept in quantity for use when wanted; *esp* **:** an artificial lake in which water is impounded for domestic and industrial use, irrigation, hydroelectric power, flood control, or other purposes **b :** a part of an apparatus in which a liquid is held ‹the ~ of an oil lamp› **c :** a tank on the back of an old-fashioned kitchen range in which water is kept hot by escaped heat from the oven **2 a :** a space (as an enlargement of a vessel or the cavity of a glandular acinus) in which a body fluid or other product is stored ‹oil ~*s* on a leaf› **b :** the enlarged posterior portion of the gullet of some flagellates **3 :** an extra supply **:** RESERVE, STORE **4 a :** a body of rock sufficiently porous to permit the accumulation of water, petroleum, or natural gas **b :** the gathering ground where snow collects to form a glacier **:** the area covered by the névé **c :** a space within the earth occupied by molten rock or magma **5 :** STORAGE BELLOWS **6 a** *also* **reservoir host :** an organism in which a parasite that is pathogenic for some other species lives and multiplies without damaging its host; *broadly* **:** a noneconomic organism within which a pathogen of economic or medical importance flourishes without regard to its pathogenicity for the reservoir ‹rats are ~*s* of plague› ‹*reservoir hosts* are important in the epidemiology of virus diseases› **b :** a colony or group of organisms (as [illegible]) that persists when the general population of

**reservoir rock** *n* **:** a permeable rock that contains oil or gas in appreciable quantity

1**re·set** \rəˈset\ *n* -S [ME *recet, resset,* fr. OF *recet,* fr. L *receptus* retreat, retirement, place of refuge, fr. *receptus,* past part. of *recipere* to take back, receive — more at RECEIVE] **1** *obs* **:** an opportunity or right of refuge or shelter **:** SUCCOR, HELP; *also* **:** a place of refuge or shelter **:** ABODE, RESORT **2** *obs* **:** one who shelters another **3** *Scots law* **a :** the receiving of goods obtained by theft, robbery, swindling, or embezzlement with intent to deprive the owner of them by one knowing the goods to have been so obtained **b** *obs* **:** the harboring of an outlaw

2**reset** \"\ *vt* [ME *recetten, resetten,* fr. OF *receter,* fr. L *receptare,* freq. of *recipere* to receive] **1** *chiefly Scot* **:** to give shelter to **:** WELCOME **2** *Scots law* **:** to receive and secrete (stolen goods)

3**re·set** \(ˈ)rē+\ *vt* [*re-* + *set*] **:** to set again or afresh ‹~ type› ‹~ a diamond› ‹~ a field with tomato plants›

4**re·set** \ˈrē+,-, -ˈ-\ *n* **1 :** something that is reset: as **a :** matter set up in print again **b :** REPLANT **2 :** an act of resetting **3 :** something used in resetting; as **a :** a device for releasing the brakes of a train after they have been applied by automatic train control **b :** a device for restoring a contact or pointer to its normal or prior position

**re·settable** \(ˈ)rē+\ *adj* [3*reset* + *-able*] **:** capable of being reset

1**re·set·ter** \rəˈsetər\ *n* [ME *recettor, ressettour,* fr. MF *recetteur,* fr. OF *receter* to give shelter to + *-eur* -or] **1** *obs* **:** one that harbors or assists criminals **2** *chiefly Scot* **:** a receiver of stolen goods

2**re·setter** \(ˈ)rē+\ *n* [3*reset* + *-er*] **1 :** one that resets something (as type) **2 :** a leather worker who smooths and stretches hides by applying tallow and rubbing with a dull blade

**resetter–out** \(ˈ)-ˌ--ˌ-\ *n* **:** a leather worker who improves the grain of and removes the moisture from leather by stretching with a dull blade

**re·settle** \(ˈ)rē+\ *vb* [*re-* + *settle*] *vt* **:** to settle again or anew; *esp* **:** to settle (people) in a new place or a new way of life ~ *vi* **:** to become settled again or anew (as after disturbance or upheaval) — **re·settlement** \"+\ *n*

**re·sew** \"+\ *vb* [*re-* + *sew*] **:** to sew again

**res ex·ten·sa** \ˌrā,sekˈsten(t)sə, ˌrēzik-\ *n, pl* **res exten·sae** \-n,sī, -n,sē\ [NL] **:** an extended thing or substance **:** material substance — compare CARTESIANISM

**res ges·tae** \(ˈ)rāsˈge,stī, (ˈ)rēzˈje,stē\ *n pl* [L] **:** things done **:** TRANSACTIONS, DEEDS, EXPLOITS; *esp* **:** the facts that form the environment of a litigated issue **:** the things or matters and spontaneous oral statements accompanying and incident to a transaction or event and admissible in evidence as illustrating or explaining it

1**resh** \ˈrāsh\ *n* -ES [Heb *rēsh,* lit., head] **1 :** the 20th letter of the Hebrew alphabet — symbol ר; see ALPHABET table **2 :** the letter of the Phoenician alphabet or of any of various other Semitic alphabets corresponding to Hebrew resh

2**resh** \ˈresh\ *dial var of* RUSH

**re·shape** \(ˈ)rē+\ *vb* [*re-* + *shape*] *vt* **:** to give a new form or orientation to ‹*reshaping* the nation's foreign policy› ~ *vi* **:** to take on a new form

**re·shaper** \"+\ *n* **:** one that reshapes something; *esp* **:** a worker who does the final blocking of hats

**re·shearer** \"+\ *n* [*re-* + *shearer*] **:** a worker who shears steel sheets to specified sizes

**re·shelve** \"+\ *vt* [*re-* + *shelve*] **:** to restore (as books) to a shelf

**re·ship** \"+\ *vb* [*re-* + *ship*] *vt* **:** to ship again: as **a :** to put on board of a ship a second time **:** transfer to another ship ‹~ bonded merchandise› **b :** to put in place or set up again ~ *vi* **:** to embark on a ship again or anew; *esp* **:** to sign again or anew for service on a ship

**re·shipment** \"+\ *n* [*reship* + *-ment*] **1 :** an act of reshipping **2 :** something that is reshipped

**re·shipper** \"+\ *n* [*reship* + *-er*] **1 :** one that reships **2 :** a container used for reshipping; *usu* **:** a case or box used to ship empty unit containers (as glass jars) and reused for the subsequent shipping of the filled containers

**re·show** \"+\ *vt* [*re-* + *show*] **:** to show again or anew; *specif* **:** to show (a motion picture) on a second or later run

**resht** \ˈresht\ *adj, usu cap* [fr. *Resht,* city of northwest Iran] **:** of or from the city of Resht, Iran **:** of the kind or style prevalent in Resht

1**re·shuffle** \(ˈ)rē+\ *vt* [*re-* + *shuffle*] **1 :** to shuffle (cards) again **2 :** to reorganize (as a cabinet or a political alignment) usu. by reordering of forces without other major changes (as of personnel)

2**reshuffle** \"\ *n* **:** an act or a result of reshuffling

**res·i·ance** \ˈrezēən(t)s\ *also* **res·i·an·cy** \-nsē\ *n, pl* **resiances** *also* **resiancies** [*resiance* fr. MF *reseance,* fr. *reseoir* to reside (fr. L *residēre*) + *-ance; resiancy* fr. *resiant* + *-cy*] *archaic* **:** ABODE, RESIDENCE

1**res·i·ant** \-nt\ *n* -S [ME *resceant,* fr. MF *reseant,* fr. *rescant,* adj.] *archaic* **:** RESIDENT

2**resiant** \"\ *adj* [ME *reseant,* fr. MF, fr. OF, fr. pres. part. of *reseoir* to reside, fr. L *residēre*] *archaic* **:** abiding in a place **:** RESIDENT

1**re·side** \rəˈzīd, rēˈz-\ *vi* -ED/-ING/-S [ME *residen,* fr. MF or L; MF *resider,* fr. L *residēre* to sit back, remain, abide, fr. *re-* + *sedēre* to sit — more at SIT] **1** *obs* **:** to settle oneself or a thing in a place **:** be stationed **:** REMAIN, STAY **2 a :** to be in residence as the incumbent of a benefice or an office **b :** to dwell permanently or continuously **:** have a settled abode for a time **:** have one's residence or domicile **3 :** to have an abiding place **:** be present as an element or inhere as a quality **:** be vested as a right — usu. used with *in* ‹the power of decision ~*s* in the electorate›

**syn** LIVE, DWELL, SOJOURN, LODGE, STAY, PUT (*up*), STOP: RESIDE, despite the fact that it is somewhat formal, may be the preferred term for expressing the idea that a person keeps or returns to a particular dwelling place as his fixed, settled, or legal abode ‹all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they *reside* —*U.S. Constitution*› LIVE is the more general word for indicating that one has one's home in a place, often with special reference especially to hours away from work ‹those who *lived* apart in temples —Agnes Repplier› ‹he works in New York but *lives* in New Jersey› ‹officially *residing* in Pennsylvania but *living* most of the time in Washington› ‹*living* in an old farmhouse› DWELL is a somewhat elevated or bookish synonym for LIVE in this sense ‹a young Indian girl whose people *dwelt* on the west side of the gorge —Ted Sumner› ‹in far-flung crown colonies and other dependencies *dwell* millions of people for whom political authority requires to be expressed in terms of tangible, visible personality —F.A.Ogg & Harold Zink› SOJOURN is used in connection with a temporary habitation held for a limited or uncertain time ‹artists who *sojourned* for a time amidst the western scene —*Amer. Guide Series: Oregon*› LODGE applies to having sleeping and general living accommodations at a place, sometimes implying that meals are taken elsewhere ‹*lodging* at the inn nearby› ‹a house in the Outer Bailey where you may *lodge* until morning —J.H. Wheelwright› STAY is now perhaps the most usual common equivalent for SOJOURN; it may be used in reference to paid quarters, as in a hotel, or to visits with friends or relatives ‹*stay* and eat at middle-class British hotels —Richard Joseph› ‹*staying* in the country in a house where . . . was also a guest —W.S.Maugham› PUT (*up*) is a colloquial equivalent for STAY ‹*put up* at a motel› STOP is commonly used to indicate breaking a trip or journey and staying for a period ‹*stop* at a hotel› ‹*stop* in Chicago for the night›

2**reside** *vi* [L *residere* to sink back, fr. *re-* + *sidere* to sit down, settle, sink; akin to L *sedēre* to sit] *obs* **:** SINK, SUBSIDE, SETTLE

1**res·i·dence** \ˈrez(ə)dən(t)s, -zədᵊn-, *sometimes* -zə,den- *or chiefly substand South* ˌ--ˈden(t)s\ *n* -S [ME, fr. MF, fr. ML *residentia,* fr. L *resident-, residens* (pres. part. of *residēre* to reside, abide) + *-ia* -y] **1 a :** the act or fact of abiding or

fication for the discharge of a duty or the enjoyment of a benefit ‹the governor was in ~› **c :** the presence of an incumbent in his benefice **2 a** (1) **:** the place where one actually lives or has his home as distinguished from his technical domicile (2) **:** a temporary or permanent dwelling place, abode, or habitation to which one intends to return as distinguished from a place of temporary sojourn or transient visit (3) **:** a domiciliary place of abode **b** (1) **:** the place of the principal office of a corporation or business concern designated in its articles of incorporation or originally registered in accordance with law (2) **:** a place of doing business or maintaining an office of a corporation or business concern that is registered in accordance with law — used in some statutes (3) **:** a place in which in fact business is being done, an office is being maintained, or lawful powers or rights are being exercised by a corporation or business concern — used in broad statutory interpretations **c :** the place where something is permanently established **:** a seat or center of something (as power or prerogative) **3** *obs* **:** continuance or insistence in action **4 a :** a building used as a home **:** DWELLING; *esp* **:** a house of superior or pretentious character **b :** housing or a unit of housing provided for students and administered by a department of an educational institution; *also* **:** the department administering such residence **5 a :** the period or duration of one's abode in a place ‹after a ~ of some 30 years› **b :** the period during which one is actively engaged in academic duties or study or research at a college or university

2**residence** *n* -S [2*reside* + *-ence*] **1** *obs* **:** matter that falls or settles to the bottom of liquors **:** SEDIMENT; *also* **:** RESIDUUM **2** *obs* **:** depositing of sediment **:** SETTLING

**res·i·denc·er** \ˈrez(ə)dənsə(r), -zədᵊns- *sometimes* -zə,den(t)s-\ *n* -S [ME, residentiary (adj.), fr. AF, fr. ML *residentiarius* — more at RESIDENTIARY] **1** *obs* **:** a clergyman in residence **2 :** a resident representative or minister

**res·i·den·cia** \ˌrezəˈden(t)sēə, -)thēə\ *n* -S [Sp, lit., residence, fr. ML *residentia*] **:** a court or inquiry held in Spanish countries for a period of 70 days by a specially commissioned judge to examine into the conduct of a retiring high official (as a viceroy, captain general, governor)

**res·i·den·cy** \ˈrez(ə)dənsē, -zədᵊns-, -si *sometimes* -zə,den(t)s-\ *n* -ES [*resident* + *-cy*] **1 :** place of residence **:** DWELLING **2 a :** the official residence of a resident diplomatic agent or governor **b :** a territory in a protected state in which the powers of the protecting state are executed by a resident agent; *specif* **:** such an administrative division in parts of the East Indies (as formerly in India or Java) **3 :** a period of advanced medical training and education that normally follows graduation from medical school and completion of an internship and that consists of supervised practice of a specialty in a hospital and in its outpatient department and instruction from specialists on the hospital staff

1**res·i·dent** \-nt, *chiefly substand South* ˌrezəˈdent\ *adj* [ME, fr. L *resident-, residens,* pres. part. of *residēre* to reside] **1 :** dwelling or having an abode for a continued length of time **:** being in residence **:** RESIDING ‹while ~ at college› ‹a ~ landowner› **2 :** PRESENT, INHERENT ‹energy ~ in matter› **3 a** *obs* **:** not moving **:** FIXED, STABLE, RESTING **b :** not migratory **4 :** appertaining directly to a moving part of the body ‹~ sensations› — opposed to *remote* **5 :** involving, requiring, or taken during residence at an educational institution ‹degree requirements include a year of ~ study›

2**resident** \"\ *n* -S **1 :** one who resides in a place **:** one who dwells in a place for a period of some duration — often distinguished from *inhabitant* **2 a :** a diplomatic agent residing at a foreign court or seat of government; *esp* **:** MINISTER RESIDENT 1 **b :** the governor of a residency **3 :** an ecclesiastical incumbent who is in residence **4 a :** a physician serving a residency usu. in preparation for independent practice in a specialty — compare HOUSE PHYSICIAN, INTERN **b :** a graduate student or postgraduate who resides in an educational institution to assist in its administration, pursue his own further studies, or gain practical experience

**resident buyer** *n* [1*resident*] **:** a market representative located in a central market area and acting as buyer and consultant to one or more retailers in a line (as women's clothing) subject to much variation and rapid change

**resident commissioner** *n* **1 :** a representative of a dependency in the U.S. House of Representatives having the right to speak but not to vote **2 :** an administrator in a colony or possession who is the resident representative of the British government

**res·i·dent·er** \ˈrezə,dentə(r), ˌ--ˈ--\ *n* -S [2*resident* + *-er*] *chiefly dial* **:** RESIDENT, INHABITANT

**resident–general** \ˌ-(-)(ˌ)-ˌ-(-)-\ *n, pl* **residents–general** *or* **resident–generals** [F *résident général,* fr. *résident* resident (fr. L *resident-, residens*) + *général* general, fr. L *generalis*] **:** a political resident of high rank; *specif* **:** one serving as the principal administrative officer in a French North African territory

**res·i·den·tial** \ˌrezəˌdenchəl *sometimes* (ˈ)rezˌd-\ *adj* [fr. 1*residence,* after such pairs as E *essence: essential*] **1 a :** used, serving, or designed as a residence or for occupation by residents ‹a ~ hotel› **b** (1) **:** providing and administering living accommodations for students ‹a ~ college› (2) **:** requiring or involving attendance of classes on a campus ‹~ study› ‹a ~ course› **2 :** adapted or restricted to or occupied by residences ‹a ~ quarter› **3 :** of, relating to, or connected with residence or residences ‹~ trade› ‹a ~ zone› ‹~ construction› — **res·i·den·ti·al·i·ty** \ˌrezə,denchēˈaləd·ē, -lətē, -i\ *n* -ES — **res·i·den·tial·ly** \ˌrezəˌdench(ə)lē, -li *sometimes* (ˈ)rezˌd-\ *adv*

1**res·i·den·ti·ary** \ˌrezəˈdenchē,erē, -chərē\ *n* -ES [ML *residentiarius,* fr. *residentia* residence + *-arius* -ary] **1 :** an ecclesiastic who is or who is obliged to be in residence for a certain time **2 :** one who is resident **:** RESIDENT

2**residentiary** \"\ *adj* [ML *residentiarius,* fr. *residentia* residence + *-arius* -ary] **1 :** having residence **:** RESIDING, RESIDENT ‹a ~ guardian›; *specif* **:** under ecclesiastical obligation to be in residence for a certain time (as at a cathedral) ‹a canon ~› **2 :** RESIDENTIAL

**res·i·den·ti·ary·ship** \-,ship\ *n* [1*residentiary* + *-ship*] **:** the position or state of an ecclesiastical residentiary

**res·i·dent·ship** *pronunc at* 1RESIDENT +,ship\ *n* [2*resident* + *-ship*] **:** the position or state of a resident

**re·sid·er** \rəˈzīdə(r), rēˈz-\ *n* -S [1*reside* + *-er*] **:** one that resides **:** RESIDENT

**resides** *pres 3d sing of* RESIDE

**residing** *pres part of* RESIDE

**residua** *pl of* RESIDUUM

1**re·sid·u·al** \rəˈzij(ə)wəl, rēˈz-, -jəl\ *adj* [L *residuum* residue + E *-al*] **1 :** of, relating to, or constituting a residue **:** remaining after a part is taken **:** left as a residuum **2 :** relating to or like a residue or remainder ‹~ analysis› ‹a ~ quantity› **3 :** remaining in a body cavity after maximum normal expulsion has occurred ‹~ urine› — compare RESIDUAL AIR **4 a :** leaving a residue that remains effective for some time after application ‹~ insecticides› **b :** of or relating to a residual insecticide ‹a ~ spray›

2**residual** \"\ *n* -S **:** REMAINDER, RESIDUUM: as **a** (1) **:** a binomial expression with one negative term (2) **:** the difference of the results obtained by observation and by computation from a formula (3) **:** the difference between the mean of several observations and any one of them **b :** a product or substance remaining over (as at the end of a chemical process, distillation, extraction) ‹the various ~*s* of metabolic activity› **c** (1) **:** an internal aftereffect of experience or activity that influences later behavior **:** a memory trace ‹the ~*s* of past training› (2) **:** the disability (as a scar or a limp) remaining after satisfactory recovery from a disease or operation

**residual affinity** *n* [1*residual*] **:** RESIDUAL VALENCE

**residual air** *n* **:** the volume of air still remaining in the lungs after the most forcible expiration possible and amounting usu. to 60 to 100 cubic inches — compare SUPPLEMENTAL AIR

**residual charge** *n* **:** a comparatively feeble charge that appears on a condenser whose dielectric is not homogeneous a short time after being discharged — compare ABSORPTION 3