# **EXHIBIT H**


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | : <br> : <br> : |
| v. | : **CIVIL ACTION** <br> : **No. 24-4394** <br> : |
| **PRO SOURCE LENDING GROUP LLC,** <br> **D/B/A FAST FUND GROUP,** <br> **D/B/A FAST FUNDS GROUP,** <br> **AND BRITTNEY WILSON.** | : <br> : <br> : <br> : |

## ORDER

This 14th day of April, 2025, it is hereby **ORDERED** that Defendants' Motion to Stay Proceedings, ECF 31, is **GRANTED** and that the present matter is **STAYED** pending the U.S. Supreme Court's adjudication of *McLaughlin Chiropractic Assoc. Inc. v. McKesson Corp.,* No. 23-1226. Even if *McLaughlin* is not dispositive in the present matter, it may materially impact the district court's analysis. Further, the Court is persuaded by Defendants' briefing that the *Landis* factors support a stay. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254-55 (1936); *see also In re Chickie's & Pete's Wage & Hour Litig.,* No. 12-682, 2013 WL 2434611 at *2 (E.D. Pa. June 5, 2013).

The Parties shall notify this Court of the final outcome of *McLaughlin* within fourteen (14) days of the U.S. Supreme Court's decision.

 /s/ Gerald Austin McHugh
United States District Judge