# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALISON SCHULTZ, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>AMB MEDIA LLC d/b/a LEGACYBOX,<br><br>  Defendant. | Civil Action No.<br>1:24-cv-04725-VMC |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss or, in the Alternative, to Stay ("Motion to Dismiss," Doc. 13) and the Parties' Joint Motion to Stay this Matter Pending Decision in *McLaughlin Chiropractic Associates, Inc. v. McKesson Corp.* ("Joint Motion to Stay," Doc. 15).

On December 9, 2024, the Parties filed a joint motion asking the Court to stay this action pending the United States Supreme Court's resolution of *McLaughlin Chiropractic Associates., Inc. v. McKesson Corporation*, No. 23-1226 (S. Ct.). (*See* Doc. 15). The Joint Motion to Stay came about two weeks after Defendant AMB Media LLC d/b/a Legacybox ("Legacybox") filed its Motion to Dismiss. (*See* Doc. 13).

The Parties agree that the Supreme Court's decision should be issued by Summer 2025 and that the decision will shed light on the issues raised in the Motion to Dismiss. Since the parties acknowledge that these proceedings will be stayed for several months, the Court will deny the Motion to Dismiss without prejudice at this time and allow Legacybox to either renew the Motion to Dismiss or file an answer within 14 days after *McLaughlin* is decided.

For good cause shown, it is **ORDERED** that the Parties' Joint Motion to Stay this Matter Pending Decision in *McLaughlin Chiropractic Associates, Inc. v. McKesson Corp.* (Doc. 15) is **GRANTED**. This action is hereby **STAYED** pending the Supreme Court's decision in *McLaughlin*. As requested in the joint motion, the parties are permitted to conduct third-party discovery during the pendency of the stay. It is

**FURTHER ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, to Stay (Doc. 13) is **DENIED WITHOUT PREJUDICE**. Defendant is **DIRECTED** to either file an answer or renew its Motion to Dismiss by **NO LATER THAN** 14 days after the Supreme Court decides *McLaughlin*.

**SO ORDERED**, this 17th day of December, 2024.

_____
Victoria Marie Calvert
United States District Judge