## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> TRANSFORM SR BRANDS LLC <br><br> Defendant. | Civil Action No.: 1:25-cv-01674 |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Andrew McGonigle and Defendant SR Holdings Management LLC jointly move for an extension of time on the briefing schedule for the Defendant's motion to dismiss. First, the Plaintiff is seeking an extension to July 15, 2025 to oppose the motion and SR Holdings Management LLC is seeking until August 5, 2025 for a reply. Both parties are seeking the extension regarding the complex nature of the issues involved.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of June, 2025.

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


By: */s/ Becca J. Wahlquist*
Becca J. Wahlquist

Kelley Drye & Warren LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 547-4900
bwahlquist@kelleydrye.com

Gregory T. Berman
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
gberman@kelleydrye.com

*Counsel for the Defendant*