**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Andrew James McGonigle
                                    Plaintiff,

v.                                                                       Case No.: 1:25−cv−01674
                                                                              Honorable Sunil R. Harjani

SR Holdings Management LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Joint motion for extension of time [22] is granted. Briefing schedule entered on 6/11/2025 [20] is amended as follows: Plaintiff's response brief is now due by 7/15/2025 and Defendant shall reply by 8/5/2025. The Court will issue a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.