# EXHIBIT K

# line
NOUN²

## Etymology

> **Summary**
>
> Of multiple origins. Partly a word inherited from Germanic. Partly a borrowing from French.
>
> **Etymon:** French *ligne*.

Two words, ultimately of the same etymology, have coalesced. (1) **Old English** *líne* weak feminine = **Middle Dutch** *lîne* (modern **Dutch** *lijn*), **Old High German** *lîna* (**Middle High German** *lîne* cord, line, modern **German** *leine* cord), **Old Norse** *lína* (**Swedish** *lina*, **Danish** *line*); either a native **Germanic** formation on *\*lîno-* flax, **line** *n.*[1], or (more probably) an early **Germanic** adoption of **Latin** *līnea* (see below); (2) **Middle English** *ligne, line,* < **French** *ligne* = **Provençal** *ligna*, **Portuguese** *linha* (**Spanish** *linea*, **Italian** *linea* (in learned form)) < popular **Latin** *\*linja* representing **classical Latin** *līnea* (earlier *līnia*), originally 'linen thread', a substantive use of *līnea* feminine of *līneus* (*\*līnius*) adjective, flaxen, < *līnum* flax = **line** *n.*[1]; the substantive use of the adjective is due to ellipsis of some feminine noun, possibly *fībra* **fibre** *n.*

## Notes

In continental **Germanic** the popular **Latin** *\*linja* was adopted as **Old High German** *linia* (**Middle High German**, modern **German**, **Dutch**, **Danish** *linie*).

## Meaning & use

I. Cord or string (and derived senses).

    I.1.a. A rope, cord, string; †a leash for dogs or for hawks. Chiefly *Nautical* or as short for **clothesline** *n.*, etc. Also applied with words prefixed to particular 'makes' of rope, e.g. **cod-line**, **house-line**, **whale-line**. *spec.* as used by climbers (usually opposed to *rope*).

        **Old English–**

| | | |
|---|---|---|
| | OE | Yldo..ræceð wide langre linan, lisseð eall ðæt heo wile. *Solomon & Saturn* 294 |
| | OE | *Spirae*, linan. in T. Wright & R. P. Wülcker, *Anglo-Saxon & Old English Vocabulary* (1884) vol. I. 182/24 |
| | [1390–1 | Pro..v lynes parvis pro les ankeres et seyles. *Earl Derby's Exped.* (Camden) 40  ] |

| | |
|---|---|
| 1797 | The making of two-strand and three-strand lines. |
| | *Encyclopædia Britannica* vol. XVI. 487/1 |

**I.1.c.** † A 'cord' in the body. *Obsolete. rare.*  <span style="float:right">1611–1780</span>

| | |
|---|---|
| 1611 | *Linéa álba*, the white line, the vmbellical veine, the line or hollow tying from the nauel. |
| | J. Florio, *Queen Anna's New World of Words* |
| 1780 | She pours a sensibility divine Along the nerve of every feeling line. |
| | W. Cowper, *Table Talk* 487 |

( anatomy ) ( neurology ) ( physiology )

**I.1.d.** Applied to a spider's thread. *poetic.*  <span style="float:right">1733–</span>

| | |
|---|---|
| 1733 | The Spider's touch, how exquisitely fine, Feels at each thread, and lives along the line. |
| | A. Pope, *Essay on Man* i. 202 |
| 1782 | Spun as fine As bloated spiders draw the flimsy line. |
| | W. Cowper, *Progress of Error* in *Poems* 66 |
| 1839 | A gossamer line sighing itself along The air. |
| | P. J. Bailey, *Festus* 49 |

( invertebrates ) ( poetic and literary )

**I.1.e.i.** A telegraph or telephone wire or cable. Also (with mixture of sense V.26), a telegraph route, a telegraphic system connecting two or more stations; a telephonic connection; an individual 'number' or extension. Cf. *to hold the line* at **hold** *v.* I.6h, **hotline** *n.* Also *figurative*, esp. in **to get the lines crossed**, to become confused.  <span style="float:right">1847–</span>

| | |
|---|---|
| 1847 | So rapid is the transmission of the electric current along the lines of wire, that..to carry the wires eight times round the earth..would occupy but one second of time. |
| | *Handbook Electric Telegr.* 11 |
| 1851 | Five great electric telegraphic lines… The extent of line thus served appears to be about fifteen hundred miles. |
| | *Official Descriptive & Illustrated Catalogue of Great Exhibition* vol. IV. 1191 |
| 1854 | This said cable or rope I denominate my Oceanic Line. |
| | J. W. Brett, *Specif. Patent 10,939* 21 |
| 1900 | Miss Woodward. (*Speaking into telephone—very sweetly*.)..Mr. Parbury's just coming in now —he'll speak to you—keep the line. |
| | C. H. Chambers, *Tyranny of Tears* i. 2 |
| 1901 | The American trans-Pacific line. |
| | *Scotsman* 9 March 9/3 |
| 1921 | The 'busy tone' is sent back to the calling subscriber if the line he wants is busy. |

| | | |
|---|---|---|
| | *Conquest* January 127/2 | |
| **1934** | The notepaper should carry—(1) The name of the firm. (2) Its address. (3) Fictitious address for creditors. (4) Telephone number (at least ten lines). | |
| | *Punch* 21 March 332/1 | |
| **1944** | Ronnie showed the doctor how to get an outside line and he dialed a number. | |
| | H. McCloy, *Panic* 6 | |
| **1951** | The Post Office took over all 'trunk' long-distance lines in 1896, and 6 years later opened the first of several large London exchanges, the 'Central', with 14,000 lines. | |
| | *Oxford Junior Encyclopedia* vol. IV. 448/1 | |
| **1970** | Thane lifted the telephone. When the desk constable answered he asked for a line … Then he began dialling. | |
| | B. Knox, *Children of Mist* iv. 77 | |
| **1972** | What? I can't hear you. It's a terrible line. | |
| | J. Wilson, *Hide & Seek* iii. 61 | |
| **1973** | It clearly has the advantage of keeping all the lines from getting crossed and establishing the priorities of policy. | |
| | *Times* 16 April 14/6 | |
| **1973** | He told me he couldn't see me then and to get off the line. | |
| | 'K. Royce', *Spider Underground* iii. 50 | |
| **1974** | Mr Nixon has admitted that he ordered a cover-up of the plumbers' activities, but suggested that his staff got their lines crossed and took this to be an order to cover up the Watergate affair as well. | |
| | *Times* 15 March 8/2 | |

telegraphy · telephony

**I.1.e.ii.** Hence, any wire or cable that serves as a conductor of electric current, for whatever purpose.      **1886–**

| | | |
|---|---|---|
| **1886** | Overhead lines, whether used for electric lighting or transmission of energy, are exposed to the effects of lightning. | |
| | G. Kapp, *Electric Transmission of Energy* viii. 205 | |
| **1902** | Alternate current is used for lighting and continuous current for the tramway line. | |
| | *Encyclopædia Britannica* vol. XXV. 35/2 | |
| **1920** | Since the induced voltages due to lightning are the same whatever the working voltage of the line, the heavier insulation on extra high voltage lines renders them less subject to lightning trouble. | |
| | *Whittaker's Electrical Engineer's Pocket-book* (ed. 4) 407 | |
| **1930** | Minimum expenditure on the transmission and distribution systems from those points, connoting the use of overhead lines. | |
| | *Engineering* 25 April 548/2 | |
| **1957** | On the teleprinter at the other end of the line, the responses of the armature of a single electromagnet..cause the corresponding character to be printed. | |
| | *Encyclopædia Britannica* vol. XXI. 887/1 | |