# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, )<br>*on behalf of himself and* )<br>*others similarly situated*, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>TRANSFORM SR BRANDS LLC )<br> )<br>Defendant. )<br> ) | Civil Action No.: 1:25-cv-01674 |

## Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within thirty days.

Dated: September 8, 2025          PLAINTIFF,


          */s/ Anthony Paronich*
          Anthony Paronich
          Email: anthony@paronichlaw.com
          PARONICH LAW, P.C.
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          Telephone: (617) 485-0018
          Facsimile: (508) 318-8100