# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andrew James McGonigle

                                Plaintiff,

v.                                                               Case No.: 1:25−cv−01674

                                                                      Honorable Sunil R. Harjani

SR Holdings Management LLC

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 9, 2025:

       MINUTE entry before the Honorable Sunil R. Harjani: In light of the notice of settlement [29], stipulation to dismiss is due by 10/9/2025. Defendant's motion to dismiss [18] is stricken. Tracking status set for 10/16/2025 at 9:15 a.m. but will be stricken if the stipulation has been filed. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.