IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated, | Case No. 1:25-cv-01674-SRH |
| | Hon. Sunil R. Harjani |
| Plaintiff, | Electronically Submitted |
| v. | |
| TRANSFORM SR BRANDS LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew James McGonigle ("Plaintiff") and Defendant Transform SR Brands LLC ("Transform"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety.

Plaintiff's individual claims are dismissed with prejudice. Because no class has been certified and Plaintiff is no longer pursuing class claims, any putative class claims are dismissed without any effect on the rights of absent putative class members.

| | |
|---|---|
| Dated: October 9, 2025 | Respectfully submitted, |
| */s/ Anthony I. Paronich* | */s/ Becca J. Wahlquist* |
| Anthony I. Paronich | Becca J. Wahlquist |
| Paronich Law, P.C. | Kelley Drye & Warren LLP |
| 350 Lincoln Street, Suite 2400 | 350 South Grand Avenue, Suite 3800 |
| Hingham, MA 02043 | Los Angeles, CA 90071 |
| (617) 485-0018 | Telephone: (213)547-4900 |
| anthony@paronichlaw.com | bwahlquist@kelleydrye.com |
| | |
| *Attorneys for Plaintiff* | Gregory T. Berman |
| | Kelley Drye & Warren LLP |
| | 3 World Trade Center |
| | 175 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: (212) 808-7800 |
| | gberman@kelleydrye.com |
| | |
| | *Attorneys for Defendant* |