# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Andrew James McGonigle

                     Plaintiff,

v.                                                 Case No.: 1:25−cv−01674

                                                       Honorable Sunil R. Harjani

SR Holdings Management LLC

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 13, 2025:

       MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [31], this case is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) in its entirety. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.